40 So.2d 915

**Shorty, alias Minor, TOLBERT v. STATE.**

**6 Div. 844.**

Court of Appeals of Alabama.

May 10, 1949.

P. A. Nash, of Oneonta, and Robinson & Parris, of Gadsden, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

41 So.2d 926

**John Henry TUCKER v. STATE.**

**6 Div. 732.**

Court of Appeals of Alabama.

April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

39 So.2d 62

**Ray W. TURNER v. STATE.**

**8 Div. 731.**

Court of Appeals of Alabama.

Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

41 So.2d 926

**Methal VANDIVER v. STATE.**

**8 Div. 766.**

Court of Appeals of Alabama.

June 7, 1949.

Smith & Tompkins, of Tuscumbia, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

38 So.2d 207

**Frank VICK v. STATE.**

**6 Div. 627.**

Court of Appeals of Alabama.

Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

38 So.2d 207

**William, alias Boy, VICK v. STATE.**

**6 Div. 685.**

Court of Appeals of Alabama.

Dec. 14, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.